ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO JAVIER CARDENAS-GOMEZ, <br><br> Defendant. | CASE NO. 5:25-MJ-00046-CDB <br><br> ORDER TO UNSEAL CASE |

    Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Complaint and all other filings be unsealed.

IT IS SO ORDERED.

Dated: __November 21, 2025__      _____
                                                    UNITED STATES MAGISTRATE JUDGE