ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:25-MJ-00046-CDB |
|---|---|
| Plaintiff, | ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| FRANCISCO JAVIER CARDENAS-GOMEZ | (Doc. 14) |
| Defendant. | |

The Court has read and considered the parties' stipulation to continue the preliminary hearing and exclude time from calculation under the Speedy Trial Act. (Doc. 14). The Court finds there is good cause for the continuance to allow defense counsel reasonable time to complete her review of the discovery and prepare for any litigation. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Therefore, for good cause shown:

1. The preliminary hearing is continued from December 5, 2025, until December 19, 2025, at 2:30 p.m., before the undersigned; and

///

///

///

1

2. The period from December 3, 2025, through December 19, 2025, shall be excluded pursuant to Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **December 4, 2025**

UNITED STATES MAGISTRATE JUDGE

2