ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:25-mj-00046-JLT-CDB |
|---|---|
| Plaintiff, | STIPULATION TO VACATE PRELIMINARY HEARING AND SCHEDULE CHANGE OF PLEA; [PROPOSED] ORDER |
| v. | |
| FRANCISCO JAVIER CARDENAS-GOMEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the preliminary hearing set for January 9, 2026, can be vacated and a change of plea hearing can be scheduled for January 20, 2026, at 9:00 a.m. before the Honorable Jennifer L. Thurston. The parties have filed a plea agreement to resolve the case.

///

///

///

The parties agree that time shall be excluded from January 7, 2026, through January 20, 2026, for purposes of defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: January 7, 2026

*/s/ Laura Myers*
Laura Myers
Counsel for Francisco Javier Cardenas-Gomez

Dated: January 7, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

## ORDER ON STIPULATION

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled before the undersigned for January 9, 2026, is VACATED, and a change of plea hearing is set before the Honorable Jennifer L. Thurston for January 20, 2026, at 9:00 a.m.

Time shall be excluded from calculation under the Speedy Trial Act from January 7, 2026, through January 20, 2026, for purposes of defense preparation, pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **January 7, 2026**

UNITED STATES MAGISTRATE JUDGE